NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**CELLSPIN SOFT, INC.,**
*Appellant*

**v.**

**PANASONIC CORPORATION, PANASONIC CORPORATION OF NORTH AMERICA, GOPRO, INC., GARMIN INTERNATIONAL, INC., GARMIN USA, INC.,**
*Appellees*

**KATHERINE K. VIDAL, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

―――――――――――

2020-1948

―――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00131.

―――――――――――

**JUDGMENT**

―――――――――――

RANDALL T. GARTEISER, Garteiser Honea, PLLC, Tyler, TX, argued for appellant. Also represented by MICHAEL SCOTT FULLER, CHRISTOPHER A. HONEA; KIRK ANDERSON, Budo Law PC, Arvada, CO; PETER JOSEPH CORCORAN, III,

Corcoran IP Law PLLC, Texarkana, TX.

MELANIE L. BOSTWICK, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for all appellees. Appellees Panasonic Corporation, Panasonic Corporation of North America also represented by T. VANN PEARCE, JR.

KARINEH KHACHATOURIAN, KXT Law, LLP, Redwood City, CA, for appellee GoPro, Inc.

JENNIFER C. BAILEY, Erise IP, P.A., Overland Park, KS, for appellees Garmin International, Inc., Garmin USA, Inc. Also represented by ADAM PRESCOTT SEITZ.

JOSHUA K. HANDELL, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by BRIAN M. BOYNTON, MELISSA N. PATTERSON; SARAH E. CRAVEN, THOMAS W. KRAUSE, MONICA BARNES LATEEF, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, TARANTO, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>October 14, 2022</u>       /s/ Peter R. Marksteiner
Date                Peter R. Marksteiner
                    Clerk of Court